AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
10:04 am Jun 30 2020
Clerk U.S. District Court
Northern District of Ohio
Toledo

| United States of America | ) |
|---|---|
| v. | ) |
| Larry Sykes | ) Case No. |
| | ) 3:20MJ5195 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2019 to February 25, 2020__ in the county of __Lucas__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 666(a)(1)(B) | Reciept of Bribe by Agent of Organization Receiving Federal Funds |
| 18 U.S.C. 1951 | Hobbs Act Extortion Under Color of Official Right |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_
Matthew Cromly, Special Agent FBI
_Printed name and title_

Sworn to telephonically after being submitted by reliable electronic means.

Date: 06/30/2020

_Judge's signature_
Jeffrey J. Helmick, U.S. District Judge
_Printed name and title_

City and state: Toledo, Ohio